STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 1 2000

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00258 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [18 U.S.C. §§ 371, 471, |
| vs. | ) | and 472] |
| | ) | |
| MYRON MOON, (01) | ) | |
| STEVEN JOBE, (02) | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

Between on or about March 1, 1998, and on or about July 6, 1998, in the District of Hawaii the Defendants, MYRON MOON and STEVEN JOBE, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree

together and with each other, to commit offenses against the United States, namely, with intent to defraud, to falsely make, forge, and counterfeit, an obligation of the United States, and with intent to defraud, to pass, utter, and keep in possession and conceal falsely made, forged and counterfeited obligations of the United States, in violation of Title 18, United States Code, Sections 471 and 472.

## OVERT ACTS

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in District of Hawaii and elsewhere:

1. Between on or about March 1, 1998, and on or about July 6, 1998, Defendant Steven Jobe did provide his computer and printer to Defendant Myron Moon, to make counterfeit U.S. notes;

2. Between on or about July 1, 1998, and July 6, 1998, Defendant Steve Jobe did drive Defendant Myron Moon to various night clubs on Oahu, Hawaii, for the purpose of passing counterfeit U.S. notes;

3. On or about July 2, 1998, Defendants Myron Moon and Steve Jobe did knowingly pass counterfeit U.S. notes to the Club Rack-Za in Honolulu, Hawaii.

4. On or about July 6, 1998, and July 6, 1998, Defendants Myron Moon and Steve Jobe did knowingly pass counterfeit U.S. notes to the Fantasy Island Night Club in Honolulu, Hawaii.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

The Grand Jury further charges that:

Between on or about March 1, 1998, to on or about July 6, 1998, in the District of Hawaii, MYRON MOON and STEVEN JOBE, Defendants herein, with intent to defraud, did falsely make, forge and counterfeit, obligations of the United States, namely, twenty dollar counterfeit U.S. notes.

All in violation of Title 18, United States Code, Section 471.

## COUNT 3

The Grand Jury further charges that:

On or about July 2, 1998, in the District of Hawaii, MYRON MOON and STEVEN JOBE, Defendants herein, with intent to defraud, did pass and utter, falsely made obligations of the United States, namely, twenty dollar counterfeit U.S. notes, to the Club Rock-Za, in Honolulu, Hawaii, which they then knew to be falsely made and counterfeited.

All in violation of Title 18, United States Code, Section 472.

///

COUNT 4

The Grand Jury further charges that:

On or about July 6, 1998, in the District of Hawaii, MYRON MOON and STEVEN JOBE, Defendants herein, with intent to defraud, did pass and utter, falsely made obligations of the United States, namely, twenty dollar counterfeit U.S. notes, to the Fantasy Island Night Club, in Honolulu, Hawaii, which they then knew to be falsely made and counterfeited.

All in violation of Title 18, United States Code, Section 472.

DATED:    June 21   , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY


United States v. Myron Moon, et al.,
Cr. No. 00-_____;
Indictment